AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
AUG 18 2008
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOSE J. ASTACIO

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ121A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE J. ASTACIO (Name)

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, intentionally and willfully conspired to distribute and to possess with intent to distribute over 150 kilograms of cocaine powder and for knowingly and intentionally attempting to possess with intent to distribute 50 kilograms or more of cocaine

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (B)(1)(a) AND 846

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by FBI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 08/18/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 08/18/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.